IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA

    Plaintiff,

v.                                         Case No.: 19-cv-966

CHARLES W. SPENCER and
CLAUDETTE A. SPENCER,

    Defendants.

---

## DEFAULT JUDGMENT

---

The Defendants, Charles W. Spencer and Claudette A. Spencer, having failed to appear, plead, or otherwise defend in this action, and default having been entered on February 10, 2020, judgment is hereby entered as follows:

(1) In favor of the United States and against Defendants Charles W. Spencer and Claudette A. Spencer, jointly and severally, in the amount of $92,165.15 as of February 6, 2020, plus interest and other statutory additions that continue to accrue as a matter of law from that date, and

(2) In favor of the United States and against Defendant Charles W. Spencer in the amount of $48,938.22 as of February 6, 2020, plus interest and other statutory additions that continue to accrue as a matter of law from that date.

Dated this 17th day of March, 2020.

                                                  <u>s/L. Kamke, Deputy Clerk</u>
                                                  PETER OPPENEER
                                                  Clerk of Court
                                                  United States District Court
                                                  Western District of Wisconsin